THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE ANTHONY McCREA, Appellant. [720 NYS2d 882] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of attempted assault in the first degree (Penal Law §§ 110.00, 120.10 [1]). Defendant failed to preserve for our review his contentions that he was denied his constitutional right to a speedy trial (*see, People v Weeks,* 272 AD2d 983, *lv denied* 95 NY2d 872; *People v Beyor,* 272 AD2d 929, 930, *lv denied* 95 NY2d 832) and that he was deprived of due process by preindictment delay (*see, People v Rodriguez,* 237 AD2d 634, *lv denied* 89 NY2d 1099; *People v Mike,* 212 AD2d 999, 1000, *lv*

*denied* 86 NY2d 738), and we decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [a]). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Cayuga County Court, Corning, J.—Attempted Assault, 1st Degree.) Present—Green, J. P., Pine, Hayes, Wisner and Scudder, JJ.